United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 10, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

——————————————

No. 03-30146
Summary Calendar

——————————————

ROBERT LEVY,

                                Plaintiff-Appellant,

versus

CHRISTINE G. DAVIS,

                                Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Middle District of Louisiana
(02-CV-169)
--------------------

Before JOLLY, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

    Plaintiff-Appellant Robert Levy appeals the dismissal of his petition for de novo review of the denial of his application for naturalization, filed under 8 U.S.C. § 1421(c). That statute provides that judicial review of the denial of an application for naturalization is available after a hearing before an immigration officer. Levy failed to comply with the applicable regulations for obtaining such a hearing, see 8 C.F.R. §§ 103.2(a)(1), § 336.2(a), § 499.1, so the district court was without jurisdiction to review

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the denial of his application.  <u>See</u> 8 U.S.C. § 336.9(d); <u>see also</u> <u>Townsend v. U.S. Dep't of Justice, INS</u>, 799 F.2d 179, 181 (5th Cir. 1986).

The instant appeal is DISMISSED.